U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED    DEC 06 2023

CLERK

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

### BILL OF INFORMATION FOR MAKING
### FALSE STATEMENTS RELATING TO NATURALIZATON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 23- 106 -SDD-RLB |
| | : | |
| *versus* | : | 18 U.S.C. § 1015(a) |
| | : | |
| MAHMOUD MOHAMMED ALI ABED | : | |

**THE UNITED STATES ATTORNEY CHARGES:**

At all times relevant to this Bill of Information:

**GENERAL ALLEGATIONS**

1.     The U.S. Citizenship and Immigration Services ("USCIS") is a component of the Department of Homeland Security that oversees lawful immigration to the United States. USCIS determines eligibility and processes applications for citizenship and schedules a ceremony to take the Oath of Allegiance for individuals who wish to become U.S. citizens through naturalization.

2.     Naturalization is the process for becoming a U.S. citizen if an individual was born outside of the United States.  Form N-400, Application for Naturalization, is the form that an individual must submit to USCIS to apply to become a naturalized U.S. citizen. There are requirements to be eligible to become a U.S. citizen.  Some of those requirements include having good moral character and living as a permanent resident of the United States for five years; if a permanent resident of the United States has been married to and living with the same U.S. citizen spouse for three years, then the individual need only be living as a

permanent resident of the United States for three years to be eligible to become a U.S. citizen.

3.        On November 20, 2006, **MAHMOUD MOHAMMED ALI ABED** (**"ABED"**), a citizen of Palestine, was admitted to the United States through a B2 visa.  On August 23, 2010, **ABED** married A.G., a U.S. citizen, in East Baton Rouge Parish, Louisiana.  On June 14, 2012, **ABED** became a permanent resident of the United States.  On May 24, 2015, **ABED** completed a Form N-400, Application for Naturalization.  On November 14, 2016, **ABED** swore and affirmed, under penalty of perjury, to a USCIS officer that the contents of his Form N-400 were true and correct.  On December 16, 2016, **ABED** became a U.S. citizen through naturalization.

**COUNT ONE**
**False Statements Relating to Naturalization**
**(18 U.S.C. § 1015(a))**

4.        The allegations contained in Paragraphs 1-3 of this Information are hereby re-alleged and incorporated by reference.

5.        On or about November 14, 2016, in the Middle District of Louisiana, **MAHMOUD MOHAMMED ALI ABED**, defendant herein, did unlawfully and knowingly make false statements under oath in a case, proceeding, and matter relating to, under, and by virtue of a law of the United States relating to naturalization, in that, while under oath in connection with an Application of Naturalization (Form N-400), the defendant falsely stated to an officer of USCIS, that:

    a.  The defendant had been living with his U.S. citizen spouse, A.G., for the last three years when, in fact, the defendant had not been living with A.G. for the last three years.

b. The defendant resided with his U.S. citizen spouse, A.G., at a specific address in Baton Rouge, Louisiana, when, in fact, A.G. resided in the state of Georgia.

c. The defendant's marriage to his non-U.S. citizen spouse, M.A., had ended on July 14, 2006, when, in fact, it had not and he was still married to M.A. on November 14, 2016.

d. The defendant had only five children, when, in fact, the defendant had a sixth child with his non-U.S. citizen spouse, M.A., born on June 22, 2007, after the date of his alleged divorce.

e. The defendant had never given a U.S. government official information or a document that was misleading when, in fact, the defendant had provided USCIS with an illegitimate divorce decree.

The above is a violation of Title 18, United States Code, Section 1015(a).

UNITED STATES OF AMERICA, by

12-5-23
DATE

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY

JEREMY S. JOHNSON
ASSISTANT UNITED STATES ATTORNEY

3

**Criminal Cover Sheet**             **U.S. District Court**

**Place of Offense:**             **Matter to be sealed:**  ☐ Yes   ☑ No

City: Denham Springs             Related Case Information:

Parish: Livingston             Superseding _____ Docket Number _____
                               Same Defendant _____ New Defendant _____

*Investigating Agency: HSI             Magistrate Case Number: _____
                               Search Warrant Case No.: _____

*Agent: Jared Tauzier             R 20/ R 40 from District of: _____
                               **Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name: Mahmoud Mohammed Ali Abed

Alias: _____

Address: _____

Birthdate: _____ SS #: _____ Sex: ____ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: Jeremy S. Johnson             Bar #: TXBN 24094755

**Interpreter:** ☑ Yes  ☐ No       **List language and/or dialect:** Arabic

**Location Status:**

Arrest Date _____
_____   Already in Federal Custody as of
_____   Already in State Custody
_____   On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: ____1____

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|------|-------------------------------|----------|------------------------------|
| 18:1015(a) | False Statements Relating to Naturalization | 1 | F |
| | | | |
| | | | |
| | | | |
| | | | |

(May be continued on second sheet)

Date: 12/6/2023     Signature of AUSA: _[signature]_